BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8927
    Facsimile:  (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY R. LEVINE,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 2:13-cv-02189 EFB<br><br>**~~PROPOSED~~ ORDER AND STIPULATION FOR COMMISSIONER'S FIRST EXTENSION** |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Defendant has 60 additional days to respond to Plaintiff's Motion for Summary Judgment.  Defendant's response is currently due April 21, 2014. Defendant requests this extension to further communicate with his client regarding issues raised in this case. Upon issuance of this order, Defendant will have until June 20, 2014 to file her response, with the briefing schedule being extended accordingly.

    This is the Commissioner's first extension request.

|  |  |
|---|---|
|  | Respectfully submitted, |

Dated:  April 21, 2014                         BENJAMIN B. WAGNER
                                               United States Attorney
                                               DONNA L. CALVERT
                                               Acting Regional Chief Counsel, Region IX
                                               Social Security Administration

                                       By:     /s/  *Patrick William Snyder*
                                               PATRICK WILLIAM SNYDER
                                               Special Assistant U.S. Attorney
                                               Attorneys for Defendant


Dated: April 21, 2014

                                               */s/ Young Cho*
                                               YOUNG CHO
                                               (as authorized via telephone on 4/21/2014)
                                               Attorney at Law
                                               Attorney for Plaintiff

                                                      ORDER

APPROVED AND SO ORDERED.

Dated:  April 22, 2014.            _____
                                   EDMUND F. BRENNAN
                                   UNITED STATES MAGISTRATE JUDGE

1