BENJAMIN B. WAGNER
United States Attorney
DONNA CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
PATRICK WILLIAM SNYDER, CSBN 260690
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: Patrick.Snyder@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| | |
|---|---|
| JIMMY R. LEVINE,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | CIVIL NO. 2:13-cv-02189-EFB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

    Upon remand, the Office of Disability Adjudication and Review will direct the Administrative Law Judge (ALJ) to have a new hearing in order to further evaluate the claimant's residual functional capacity, taking into account the medical opinions of record, including the opinions of Dr. Fernando;

and obtain supplemental vocational expert evidence if necessary.

     As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act.  42 U.S.C. § 405(g).

                               Respectfully submitted,

Dated:  June 9, 2014　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　DONNA L. CALVERT
　　　　　　　　　　　　　　　　　　　　Acting Regional Chief Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　Social Security Administration

　　　　　　　　　　　　　　　　By:　　/s/  *Patrick William Snyder*
　　　　　　　　　　　　　　　　　　　　PATRICK WILLIAM SNYDER
　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Dated: , 2014
　　　　　　　　　　　　　　　　　　　/s/ *Young Cho*
　　　　　　　　　　　　　　　　　　　YOUNG CHO
　　　　　　　　　　　　　　　　　　　(as authorized via)
　　　　　　　　　　　　　　　　　　　Attorney at Law
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

ORDER

APPROVED AND SO ORDERED.

Dated:  June 19, 2014.　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE